**96–581.** State ex rel. Wykoff v. Indus. Comm. *Franklin County*, No. 95APD03–331. This cause is pending before the court as a cross-appeal from the Court of Appeals for Franklin County. Upon consideration of cross-appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.